UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24322-ALTMAN/Becerra

**EMILIO JARQUIN**, *et al.*,

    *Plaintiffs*,

*v.*

**AMOS M. BILLIE JR.**, *et al.*,

    *Defendants.*
_____/

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 19] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED without prejudice**. Each party shall bear its own attorneys' fees and costs. This case remains **CLOSED**. All pending deadlines remain **TERMINATED**, and any pending motions remain **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

                                              **ROY K. ALTMAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record